THE STATE OF WASHINGTON, *Respondent,* v. ROBERT D.
YASKO, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 87-1-00334-7, Donald H. Thompson, J.,

entered November 30, 1987. *Affirmed* by unpublished opinion per Dolliver, J. Pro Tem., concurred in by Pearson and Schumacher, JJ. Pro Tem.